United States District Court
**District of Maryland**
**Northern Division**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,** *Plaintiff*, v. **LINDA H. LAMONE,** *et al.*, *Defendants*. | Case No. 1:19-CV-03564-ELH |

## JOINT STATUS REPORT

Plaintiff Public Interest Legal Foundation, Inc. (the "Foundation") and the State Defendants[1] respectfully submit this joint status report pursuant to the Court's order of June 19, 2020 (Doc. 30).

The parties are continuing in good faith to negotiate a settlement that will resolve Plaintiff's claims. The parties respectfully request leave to provide an update to the Court as to the status of the parties' settlement negotiations within the earlier of 30 days or promptly after the parties have reached an agreement.

---

[1] The State Defendants are identified in Doc. 1, at paragraphs 4-6.

Dated: July 17, 2020.

Respectfully submitted:

| | |
|---|---|
|   /s/ Noel H. Johnson<br>Noel H. Johnson* (Wisconsin Bar #1068004)<br>Public Interest Legal Foundation, Inc.<br>32 E. Washington St., Ste. 1675<br>Indianapolis, IN 46204<br>Tel: (317) 203-5599<br>Fax: (888) 815-5641<br>njohnson@PublicInterestLegal.org<br><br>J. Christian Adams* (Virginia Bar #42543)<br>Public Interest Legal Foundation, Inc.<br>1555 King St., Ste. 200<br>Alexandria, VA 22314<br>Tel: (317) 203-5599<br>Fax: (888) 815-5641<br>adams@PublicInterestLegal.org<br>* Admitted pro hac vice<br><br>Richard L. Costella, Esquire<br>Federal Bar No.: 14095<br>Glenn E. Bushel<br>Federal Bar No.: 00936<br>Tydings & Rosenberg LLP<br>One East Pratt Street, Suite 901<br>Baltimore, Maryland 21202<br>Direct Phone: (410) 752-9700<br>Facsimile: 410.727.5460<br>Email: rcostella@tydingslaw.com<br>Email: gbushel@tydingslaw.com<br><br>*Attorneys for Plaintiff Public Interest Legal Foundation* | BRIAN E. FROSH<br><br>Attorney General of Maryland<br><br>  /S/ *Andrea W. Trento*<br>ROBERT A. SCOTT (Fed. Bar # 24613)<br>ANDREA W. TRENTO (Fed. Bar # 28816)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Civil Division<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>rscott@oag.state.md.us<br>(410) 576-7055; (410) 576-6955 (fax)<br>rcotca@judicialwatch.org<br><br>*Attorneys for State Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the foregoing and the accompanying attachments using the Court's ECF system, which will serve notice on all registered parties.

                                         /s/ Noel H. Johnson
                                        Noel H. Johnson
                                        njohnson@publicinterestlegal.org
                                        Counsel for Plaintiff