**United States District Court**
**District of Maryland**
**Northern Division**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,** *Plaintiff*, v. **LINDA H. LAMONE,** *et al.*, *Defendants*. | Case No. 1:19-CV-03564-ELH |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants in the above-captioned action hereby stipulate that this action be dismissed in its entirety with prejudice.

Dated: September 2, 2020.

Respectfully submitted:

__/s/ Noel H. Johnson__
Noel H. Johnson* (Wisconsin Bar #1068004)
Public Interest Legal Foundation, Inc.
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org

J. Christian Adams* (Virginia Bar #42543)
Public Interest Legal Foundation, Inc.
1555 King St., Ste. 200
Alexandria, VA 22314
Tel: (317) 203-5599
Fax: (888) 815-5641
adams@PublicInterestLegal.org
*\* Admitted pro hac vice*

Richard L. Costella, Esquire
Federal Bar No.: 14095
Glenn E. Bushel
Federal Bar No.: 00936
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Direct Phone: (410) 752-9700
Facsimile: 410.727.5460
Email: rcostella@tydingslaw.com
Email: gbushel@tydingslaw.com

*Attorneys for Plaintiff Public Interest Legal Foundation*

1

BRIAN E. FROSH

Attorney General of Maryland

  /S/ *Andrea W. Trento*
ANDREA W. TRENTO (Fed. Bar # 28816)
Assistant Attorney General
Office of the Attorney General
Civil Division
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
atrento@oag.state.md.us
(410) 576-6472; (410) 576-6955 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all registered parties.

    /s/ Noel H. Johnson
Noel H. Johnson
njohnson@publicinterestlegal.org
Counsel for Plaintiff